**In re Clarence BRISCOE–BEY, Petitioner.**

No. 12–1862.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P. Oct. 15, 2012.

Opinion Filed: May 9, 2013.


---

Clarence Briscoe–Bey, Minersville, PA, pro se.

Before: McKEE Chief Judge, ALDISERT and GARTH, Circuit Judges.

OPINION

PER CURIAM.

Clarence Briscoe–Bey, a federal inmate, filed an "interlocutory" notice of appeal in his collateral review proceeding under 28 U.S.C. § 2255, complaining of alleged delay in the District Court's adjudication of the § 2255 motion. *See* D. Del.Crim. No. 03–cr–00018–001, Docket #245. This Court entered an order construing the pro se notice of appeal as a petition for a writ of mandamus under 28 U.S.C. § 1651. *See Hassine v. Zimmerman*, 160 F.3d 941, 954 (3d Cir.1998) (explaining that a habeas petitioner who experiences delay "can seek a writ of mandamus to compel the district court to reach a decision on the habeas claim"). Shortly thereafter, the District Court entered an order of its own denying Briscoe–Bey's § 2255 motion and closing the proceeding.

In light of the District Court's entry of an order adjudicating Briscoe–Bey's § 2255 motion, we will deny the petition for a writ of mandamus as moot.